In the Matter of the Application of COLLINS HAMBLEN and LENORE F. PALM, as Trustees for ETHEL STEERS, Respondents, for a Mandamus Order against GEORGE V. BRIANTE, Building Inspector of the Town of Eastchester, Westchester County, State of New York, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

In the Matter of the Estate of GEORGE MIDDLEBROOK, an Incompetent Person. INDEMNITY INSURANCE CO. OF NORTH AMERICA, Appellant; MARGARET MIDDLEBROOK, as Committee, etc., of GEORGE MIDDLEBROOK, an Incompetent Person, and Others, Respondents.—Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Did the Supreme Court have the power to impose the terms embodied in the order of August 26, 1938, as a condition to the surety's discharge? [See 255 App. Div. 1021.] Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

In the Matter of the Petition of Dr. HAROLD LIGGETT for an Order Directing HELEN O'CONNOR, as Guardian of JOSEPH O'CONNOR, Infant, to Pay the Petitioner His Fee for Medical Services Rendered by Him to the Said Infant. HELEN O'CONNOR, as General Guardian of JOSEPH O'CONNOR, an Infant, etc., Appellant; Dr. HAROLD LIGGETT, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA F. SCHREIBER, as Executrix, etc., of FRANK KEMPINGER, Deceased, Respondent; CLINTON L. WOLFE, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See 255 App. Div. 1022.] Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.